# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2653
_____

NIKO A. HERBERT,

   Appellant,

   v.

STATE OF FLORIDA and
OKALOOSA COUNTY SHERIFF,

   Appellees.

_____


On appeal from the Circuit Court for Oskaloosa County.
David J. Oberliesen, Judge.



June 3, 2026

PER CURIAM.

   DISMISSED.

RAY, WINOKUR, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce A. Miller, Public Defender, and Jay D. Williams III, Assistant Public Defender, Crestview, for Appellant.

No appearance for Appellees.